UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cotto Colon,<br><br>     **Plaintiff,**<br><br>  *- against -*<br><br>Walmart Stores, Inc.<br><br>     **Defendant,** | **ORDER**<br><br>7:21-cv-05430-PED |

**PAUL E. DAVISON, U.S.M.J.**

  The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

  ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: February 14, 2022            SO ORDERED:
   White Plains, New York

                         _____
                         PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Feb 14, 2022**